IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

JUL 2 3 2014

DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14CR089

MICHAEL SMITHEY  18 U.S.C. § 1014

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about January 28, 2012, in the Northern District of Mississippi and elsewhere, MICHAEL SMITHEY, defendant, did knowingly make material false statements and reports for the purpose of influencing the action of the Federal Crop Insurance Corporation or a company the Corporation reinsures, in connection with an insurance agreement, that is, SMITHEY made a false claim for benefits under a policy of crop insurance issued by Southern Crop Growers, which policy was reinsured by the United States Department of Agriculture through the Risk Management Agency and the Federal Crop Insurance Corporation, all in violation of 18 U.S.C. § 1014.

### COUNT TWO

On or before Feb. 17, 2010, in the Northern District of Mississippi and elsewhere, MICHAEL SMITHEY, defendant, did knowingly make material false statements and reports for the purpose of influencing the action of the Federal Crop Insurance Corporation or a company the Corporation reinsures, in connection with an insurance agreement, that is, SMITHEY made a false claim for benefits under a policy of crop insurance issued by ASI Risk Management, which company was subsequently purchased by ADM Crop Risk Services, which policy was reinsured

by the United States Department of Agriculture through the Risk Management Agency and the Federal Crop Insurance Corporation, all in violation of 18 U.S.C. § 1014.

A TRUE BILL

_/s/ Signature Redacted_ _____
UNITED STATES ATTORNEY          FOREPERSON