UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA
v.                                              CRIMINAL NO. 3:14CR089
MICHAEL SMITHEY

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE S. ALLAN ALEXANDER, MAGISTRATE JUDGE OF THE COURT AFORESAID:

Felicia C. Adams, United States Attorney for the Northern District of Mississippi, respectfully represents to the Court as follows:

1. That the defendant, MICHAEL SMITHEY (w/m, DOB 1966, SSN 0457), is presently confined in the custody of the Sheriff, Panola County Jail, Batesville, Mississippi, as a state prisoner, having been duly committed to said institution under and in pursuance of the laws of the State of Mississippi;

2. That this cause is now pending on the docket of this Court, having been set for initial appearance and arraignment at 9 o'clock A.M. on Wednesday, 10 September 2014, at the United States Courthouse, Second Floor, 911 Jackson Avenue, Oxford MS 38655.

WHEREFORE, your petitioner prays that a writ of habeas corpus ad prosequendum issue out of this Court to the Sheriff, Panola County, Mississippi; the United States Marshal for the Northern District of Mississippi, and/or any other United States Marshal, commanding them to produce said prisoner before this Court at 9 o'clock A.M. on Wednesday, 10 September 2014, at the United States Courthouse, Second Floor, 911 Jackson Avenue, Oxford MS 38655, and to return safely said prisoner to the custody of the Sheriff, Panola County, Mississippi, forthwith at the conclusion of the above cause.

Respectfully submitted, this the 26th day of August, 2014.

        FELICIA C. ADAMS, MS Bar 1049
        United States Attorney

By: _____
        ROBERT J. MIMS, MS Bar 9913
        Assistant United States Attorney
        Ethridge Professional Building
        900 Jefferson Avenue
        Oxford MS 38655-3608
        Telephone 662/234-3351
        Criminal Division fax 662/234-0657

Sworn to and subscribed before me, this the 26th day of August, 2014.

        _____
        LINDA B. KING, Notary Public

( S E A L )
My Commission Expires:

October 3, 2015

**STATE OF MISSISSIPPI**
**NOTARY PUBLIC**
ID # 87236
LINDA B. KING
Commission Expires
Oct. 3, 2015
**LAFAYETTE COUNTY**